Ronyon 11/23/09
lo, HJ
# 189562

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **FULGHAM, JOHN**

Chapter 13 Case No.    **05-40517**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| BANK OF AMERICA<br>PO BOX 26012<br>GRENSBORO, NC 27420-6012 | 1 | $7,585.66 | $44.88 |

**TOTAL TO CLERK'S FUND**                                     $44.88

**November 20, 2009**        /s/ Kyle L Carlson
DATE                         TRUSTEE

RECEIVED 09 NOV 23 AM 9:33 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN